# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140814(95)(99)

MIDLAND COGENERATION VENTURE
LIMITED PARTNERSHIP,
     Plaintiff-Appellant,

v

ROBERT NAFTALY, DOUGLAS ROBERTS,
FREDERICK MORGAN, and STATE TAX
COMMISSION,
     Defendant-Appellee.

_____

SC: 140814
COA: 291907
Midland CC: 08-005246-AS

On order of the Chief Justice, the motion by defendants-appellees for oral argument is considered and it is GRANTED. The motion by the Michigan Electric Cooperative Association for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2010

_____
Clerk